Johanna Kenney, Respondent, v. South Shore Natural Gas and Fuel Company, Defendant. George Clinton, as Trustee for the Bondholders of the South Shore Natural Gas and Fuel Company, and William E. Carroll, as Receiver of South Shore Natural Gas and Fuel Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred, except McLennan, P. J., and Kruse, J., who dissented upon the ground that payment of the judgment cannot be compelled in this summary way.·

Alexander Tintar, Appellant, v. Lackawanna Steel Company, Respondent.— Order affirmed, with costs. All concurred.

William H. Collins, Respondent, v. Victoria Paper Mills Company, Appellant.— Order affirmed, with costs. All concurred.

John J. Casey, as Administrator, Respondent, v. The Davis & Furber Machine Company, Appellant.— Motion to amend order of reversal previously entered denied, with ten dollars costs. (See 138 App. Div. 396.)

J. Henry Howe and William T. Bassett, Respondents, v. Thomas F. Cushing Company, Appellant.— Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the plaintiff upon the verdict, with costs. All concurred, except Robson, J., who dissented.

Jay W. Fitzwater, Appellant, v. Guy S. Warren and Irving S. Hart, Respondents.— Judgment reversed and new trial ordered; with costs to appellant to abide event. Held, that plaintiff's alleged assumption of risk, his contributory negligence and the negligence of the defendants were questions for the jury. All concurred, except Williams, J., who dissented upon the ground of assumed risk and contributory negligence.

Marcus Heilback, Respondent, v. Consumers Brewery of Buffalo, Appellant. —Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., and Williams, J., who dissented upon the ground that the evidence establishes as matter of law that the plaintiff assumed the risk, and fails to establish actionable negligence on the part of the defendant.

Vincenzo Zaccari, Appellant, v. Clinton Beckwith, Respondent.— Judgment affirmed, with costs. All concurred.

Saloma E. Combs, Respondent, v. Samuel J. Combs, Appellant.— Judgment and order affirmed, with costs. All concurred.

Sarah Brooks, Plaintiff, v. The City of Rochester, Defendant.— Plaintiff's exceptions sustained, and motion for new trial granted, with costs to plaintiff to abide event. Held, that the questions of defendant's negligence and of plaintiff's freedom from contributory negligence were questions of fact which should have been submitted to the jury. All concurred, except Williams, J., who dissented upon the ground of contributory negligence.

Albert G. Gotts, as Administrator, etc., of Anna E. Gotts, Deceased, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Order affirmed, with costs. All concurred.

Edwin H. Williams, as Executor, etc., of Mary Jerusha Lee Williams, Deceased, Respondent, v. Herman L. Sweet, Appellant, Impleaded with Mary Florence Williams Sweet, as Executrix, etc., of Mary Jerusha Lee Williams.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., and